REC'D MAR 1 1 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Jane Doe, Plaintiff

v.

Capital Wine & Spirits Company LLC d/b/a Breakthru Beverage Pennsylvania;

Breakthru Beverage Group, LLC, Defendants

Civil Action No. 2:25-cv-7047

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff Jane Doe, proceeding pro se, respectfully moves the Court for an extension of time to serve Defendants pursuant to Federal Rule of Civil Procedure 4(m), and states as follows:

1. Plaintiff filed the Complaint in this matter on December 12, 2025.

2. Under Federal Rule of Civil Procedure 4(m), the deadline to complete service is ninety (90) days after filing.

3. Plaintiff has not yet completed service of the Complaint.

4. Plaintiff is proceeding pro se and is actively consulting with potential counsel regarding representation.

5. Plaintiff is currently participating in a structured medical treatment program with intensive daytime commitments, which has limited availability to coordinate consultations with prospective counsel.

6. Granting an extension will allow adequate time for potential counsel to review the pleadings and determine whether amendment is appropriate before service.

7. This request is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that the Court grant an additional ninety (90) days to complete service of the Complaint.

Respectfully submitted,

Jane Doe

Plaintiff, Pro Se

Phone: 202-480-6670

Email: _____

Date: 3/11/2026