## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,                                    :
    Plaintiff,                           :
                                   :
    v.                                  :        **CIVIL ACTION NO. 25-CV-7047**
                                   :
CAPITAL WINE & SPIRITS                       :
COMPANY LLC d/b/a *BREAKTHRU*                 :
*BEVERAGE PENNSYLVANIA, et al.,*             :
    Defendants.                         :

### ORDER

AND NOW, this 11th day of May 2026, in light of *pro se* Plaintiff Jane Doe's failure to file an amended complaint in accordance with this Court's Order entered on March 18, 2026 (ECF No. 8), which informed Doe that failure to file an amended complaint would be understood as an intention to stand on her Complaint and would result in final dismissal of this case, it is **ORDERED** that:

1.  Doe's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Doe's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction without further leave to amend.

2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3.  If Doe did not intend to stand on her Complaint, she must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and must attach her proposed amended complaint to that motion.

                     **BY THE COURT:**


                     **/s/ Karen Spencer Marston**
                     **KAREN SPENCER MARSTON, J.**