**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANE DOE,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CAPITAL WINE & SPIRITS COMPANY LLC d/b/a *BREAKTHRU BEVERAGE PENNSYLVANIA, et al.,***<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO. 25-CV-7047** |

**ORDER**

AND NOW, this 17th day of August 2026, upon consideration of Jane Doe's Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) and for Leave to File Proposed Amended Complaint[1] (ECF No. 10), it is **ORDERED** that:

1. The Motion (ECF No. 10) is **GRANTED**. The Court's May 11, 2026 Order dismissing this case for failure to prosecute (ECF No. 9) is **VACATED**. The Clerk of Court is **DIRECTED** to **REOPEN** this case.

2. The Clerk of Court is further **DIRECTED** to file Doe's proposed amended complaint located at ECF No. 10-1 as a new docket entry titled "Amended Complaint." Once the Amended Complaint is filed, the Court will screen it pursuant to 28 U.S.C. § 1915(e).

**BY THE COURT:**

**/s/ Karen Spencer Marston**
**KAREN SPENCER MARSTON, J.**

[1] Doe represents in her Motion that she never received the Court's prior orders directing her to file an amended complaint and that she had difficulty accessing the docket through PACER. In light of Doe's representations, the Court will vacate the prior dismissal order and permit her to proceed with this case.

If Doe wishes to receive filings electronically going forward, she may review the Court's policy and return the consent form, which can be found here: https://www.paed.uscourts.gov/sites/paed/files/documents/forms/ENtcCon.pdf.